# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GLORIA DIANNE HALL,

        Plaintiff,

v.                                                      Case No: 6:16-cv-735-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

        This cause is before the Court on Plaintiff's appeal of the final decision of the Commissioner of Social Security Administration's (the "Commissioner") denial of her claim for Disability Insurance Benefits pursuant to the Social Security Act, as amended, 42 U.S.C. § 405(g) filed on April 29, 2016. (Doc. 1) The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

        After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

        Therefore, it is **ORDERED** as follows:

        1.    The Report and Recommendation filed February 13, 2017 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

        2.    The Commissioner's final decision in this case is **AFFIRMED**.

        3.    The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against Plaintiff, Gloria Dianne Hall.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 7, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2