UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLORIA DIANNE HALL,

    Plaintiff,

v.                                                     Case No: 6:16-cv-735-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Extension of Time to File a Notice of Appeal, filed May 5, 2017 (Doc 21) and Plaintiff's Amended Unopposed Motion for Extension of Time to File a Notice of Appeal (Doc. 23). Judgment in this case was entered on March 8, 2017 (Doc. 20) and the deadline for filing a Notice of Appeal was May 7, 2017. See F.R.A.P. 4(a)(B). Pursuant to F.R.A.P. 4(a)(5)(A)(i-ii), the district court may extend the time to file a notice of appeal if:

> (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

> (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Plaintiff asks for an extension of time of thirty days from May 7, 2017, up to and including June 6, 2017, in which to file a Notice of Appeal. As cause, her counsel advises that there have been communication difficulties due to issues with Plaintiff's phone service that have resulted in a delay and Plaintiff has asked for additional time to find new counsel to handle her appeal. The motion (as amended) is timely and unopposed.

On this showing, I find good cause to grant the extension. I therefore **respectfully recommend** that:

1. Plaintiff's Motion for Extension of Time to File a Notice of Appeal. (Doc 21) be **DENIED, as moot;**

2. Plaintiff's Amended Unopposed Motion for Extension of Time to File a Notice of Appeal (Doc. 23) be **GRANTED;** and

3. The time for filing a Notice of Appeal be extended until June 6, 2017.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on May 15, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record

- 2 -