**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GLORIA DIANNE HALL,

        Plaintiff,

v.                                         Case No: 6:16-cv-735-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Extension of Time to File a Notice of Appeal (Doc. 21) filed on May 5, 2017 and Plaintiff's Amended Unopposed Motion for Extension of Time to File a Notice of Appeal (Doc. 23) filed on May 9, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot and the amended motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 15, 2017 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Extension of Time to File a Notice of Appeal (Doc. 21) is **DENIED AS MOOT**.

3. The Amended Unopposed Motion for Extension of Time to File a Notice of Appeal (Doc. 23) is **GRANTED**.

4. The time for filing a Notice of Appeal is extended until June 6, 2017.

**DONE AND ORDERED** in Orlando, Florida on May 30, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties